UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RONNIE HAZELWOOD,

                    Plaintiff,

                                            Case Number 08-12742-BC
v.                                          Honorable Thomas L. Ludington

KARY SOWELS and
PINE RIVER CORRECTIONAL FACILITY,

                    Defendants.
_____ /

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORTS AND
RECOMMENDATIONS, GRANTING DEFENDANT SOLES'S MOTION FOR
SUMMARY JUDGMENT, GRANTING DEFENDANT PINE RIVER'S MOTION TO
DISMISS, DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER,
AND DENYING PLAINTIFF'S MOTION FOR RELIEF**

        This matter is before the Court on two reports and recommendations issued by Magistrate

Judge Stephen D. Pepe, on November 17, 2008. The magistrate judge recommended that the Court

grant Defendants' dispositive motions and deny Plaintiff's motions.  None of the parties to this

action filed objections to the report and recommendation.  A party's failure to file objections to the

report and recommendation waives any further right to appeal.  *Smith v. Detroit Federation of

Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).   Likewise, the failure to object to the

magistrate judge's report releases the Court from its duty to independently review the record.

*Thomas v. Arn*, 474 U.S. 140, 149 (1985).

        Accordingly, it is **ORDERED** that the magistrate judge's reports and recommendations [Dkt.

# 18, 19] are **ADOPTED**.

         It is further **ORDERED** that Defendant Soles's motion for summary judgment [Dkt. # 11]

and Defendant Pine River's motion to dismiss [Dkt. # 17] are **GRANTED**.

It is further **ORDERED** that Plaintiff's motion for a protective order [Dkt. # 8] and motion

for relief [Dkt. # 13] are **DENIED**.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated:  December 17, 2008

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served
upon each attorney or party of record herein by electronic means or first
class U.S. mail on December 17, 2008.

s/Tracy A. Jacobs
TRACY A. JACOBS